UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2018-1
APRIL 30, 2019 SESSION



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:19-00118
8 U.S.C. § 1326(a)

EDUARDO RIOS-RIOS
    also known as "Demirel Uglade-Allendes"

### I N D I C T M E N T
(Reentry of a Removed Alien)

The Grand Jury Charges:

1. On or about December 1, 2011, defendant EDUARDO RIOS-RIOS, also known as "Demirel Uglade-Allendes" (hereinafter "EDUARDO RIOS-RIOS"), an alien, was found at or near El Paso, Texas, and was subsequently removed from the United States to Mexico on or about February 29, 2012.

2. On or about March 30, 2019, at or near Barboursville, Cabell County, West Virginia, and within the Southern District of West Virginia and elsewhere, defendant EDUARDO RIOS-RIOS, an alien, was subsequently found in the United States after having been removed from the United States, and had not obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States.

In violation of Title 8, United States Code, Section 1326(a).

                        MICHAEL B. STUART
                        United States Attorney

By:    _____
                        ERIK S. GOES
                        Assistant United States Attorney