## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### HUNTINGTON DIVISION

**UNITED STATES OF AMERICA**

v.                                              **Case No.: 3:19-cr-00118**

**EDUARDO RIOS-RIOS**

### ORDER

It is hereby **ORDERED** that the initial appearance, arraignment, and detention hearings of defendant, Eduardo Rios-Rios, on the Indictment, (ECF No. 1), shall take place before the undersigned United States Magistrate Judge on **Tuesday, May 7, 2019** at **1:30 p.m.** in Huntington.

The Clerk is directed to provide copies of this Order to the defendant, counsel of record, the CJA Supervising Attorney, the Probation Department, and the United States Marshals Service.

**ENTERED:** May 2, 2019

Cheryl A. Eifert
United States Magistrate Judge