

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL ACTION NO. 3:19-0118

EDUARDO RIOS-RIOS

## WRITTEN PLEA OF GUILTY

In the presence of Lex Coleman, my counsel, who has fully explained the charge contained in the indictment against me, and having received a copy of the indictment before being called upon to plead, I hereby plead guilty to the charge contained in the indictment.

DATE: 07/08/2019

_EDUARDO R._
DEFENDANT

WITNESS:

_____
COUNSEL FOR DEFENDANT